# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 7, 2015

Before

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 14-1889

| | |
|---|---|
| MOHAMED ABDUL MATHIN,<br>    *Plaintiff-Appellant,* | Appeal from the United States District Court<br>for the Northern District of Illinois,<br>Eastern Division |
| v. | No. 1:11-cv-05157 |
| JOHN F. KERRY, Secretary of State,<br>    *Defendant-Appellee.* | Joan Humphrey Lefkow, *Judge* |

## O R D E R

On consideration of the Petition For Rehearing, filed by Plaintiff-Appellant on June 22, 2015, and all members of the original panel having voted to DENY the Petition For Rehearing,

IT IS HEREBY ORDERED that the Petition For Rehearing is DENIED.

IT IS FURTHER ORDERED that the opinion issued in the above-entitled case on April 7, 2015, is hereby amended as follows:

On page 2, the last sentence of the first full paragraph, which reads: "Because the Government has a 'strong and legitimate interest in ensuring that only qualified persons are granted citizenship,' the Supreme Court has recognized that 'doubts should be resolved in favor of the United States.' *Berenyi v. District Director, Immigration and Naturalization Service*, 385 U.S. 630, 637 (1967); *Bustamante-Barrera v. Gonzalez*, 447 U.S. 388, 394-95 (5th Cir. 2006)" is deleted.

On page 4, in the 3rd full paragraph, after the second sentence which begins "The Illinois Department of Public Health …," a footnote is added which reads: "In the course of the subsequent investigation, the State Department was informed that the Illinois Bureau of Vital Statistics had flagged that delayed birth certificate as fraudulent."